# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CAREY WAYNE PEDEN                                                PETITIONER

v.                            No. 3:16-cv-332-DPM

POINSETT COUNTY JAIL                                             RESPONDENT

## ORDER

Unopposed recommendation, № 2, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Peden's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2017