IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAREY WAYNE PEDEN                                            PETITIONER

v.                         No. 3:16-cv-332-DPM

POINSETT COUNTY JAIL                                         RESPONDENT

## JUDGMENT

Peden's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2017